**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **GORDON O'MAY,** | *  **Case No.: 93-3427 (MD)(1)** |
| **Personal Representative** | *  **Case No.: MDL-875 (PAE)** |
| **of the Estate of** | * |
| **WILLIAM O'MAY** | * |
| **4208 Belview Avenue, Apt. 13** | * |
| **Baltimore, Maryland 21215** | * |
| | * |
| **Plaintiff** | * |
| | * |
| **v.** | * |
| | * |
| **JOHN CRANE-HOUDAILLE, INC.,** *et al* | * |
| | * |
| **Defendants** | * |

* * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO AMEND AND FOR SUBSTITUTION OF PARTIES
AND INCLUSION OF LOSS OF CONSORTIUM AND WRONGFUL DEATH CLAIMS**

1.  Gordon O'May moves this Court for an Order substituting him, in his capacity as Personal Representative of the Estate of William O'May, Plaintiff herein deceased, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore, shows to the Court that William O'May, Plaintiff herein, died on October 15, 2002; that the said Gordon O'May was appointed Personal Representative of the Estate of William O'May by the Register of Wills for Baltimore City, and that he was duly qualified and is now acting as such Personal Representative; and that this is an action at law for personal injuries and therefore the claim has not been extinguished by the death of Plaintiff.

1

**WHEREFORE,** Gordon O'May, Personal Representative of the Estate of William O'May, requests this Court to substitute him as Plaintiff herein in place of William O'May, deceased.

/s/ Kathleen M. Brown
**KATHLEEN M. BROWN**
Bar No.: 26551
Law Offices of Peter G. Angelos
A Professional Corporation
5905 Harford Road
Baltimore, Maryland 21214
(410) 426-3200

**ATTORNEY FOR PLAINTIFF**

## STATEMENT OF AUTHORITIES

1.  United States District Court for the District of Maryland Local Rule 103(b) and (c).

/s/ Kathleen M. Brown
**KATHLEEN M. BROWN**
Bar No.: 26551
Law Offices of Peter G. Angelos
A Professional Corporation
5905 Harford Road
Baltimore, Maryland 21214
(410) 426-3200

**ATTORNEY FOR PLAINTIFF**

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| William O'May | * | **Case No.: 93-3427 (MD)(1)** |
| | * | **Case No.: MDL-875 (PAE)** |
| **Plaintiff** | * | |
| | * | |
| v. | * | |
| | * | |
| AC and S, INC., *et al.* | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2006, a copy of the foregoing Amended Complaint and Motion for Leave to Amend and for Substitution of Parties and Order, which were electronically filed in this case on January 4, 2006 were mailed, via first class mail, postage prepaid, to:

Jeremy W. North, Esq.
North & Cobb
7313 York Road
Towson, MD 21204-7617

John S. Cobb, Esq.
North & Cobb
7313 York Road
Towson, MD 21204-7617

Margaret Fonshell Ward, Esq.
Semmes, Bowen and Semmes
401 Washington Avenue
Towson, MD 21204

Gerry Tostanoski, Esq.
Tydings & Rosenberg
100 E. Pratt Street

R. Thomas Radcliffe, Esq.
DeHay & Elliston
36 S. Charles Street, suite 1300

Robert P. Schlenger, Esq.
Lord & Whip
Charles Center South, 10th Floor

Geoffrey S. Gavett, Esq.
Gavett & Datt
15800 Crabbs Branch Way

Jeremy M.White, Esq.
Steptoe & Johnson
1330 Connecticut Ane., NW

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
U.S. District Court for the Eastern District
Pennsylvania
601 Market Street
Philadelphia, PA 19101

Linda Cunningham, Asbestos Clerk
U.S. District Clerk for the District of MD
U.S. Courthouse, 101 W. Lombard Street
Baltimore, MD 21201

/s/ Kathleen M. Brown
**KATHLEEN M. BROWN**
Bar No.: 26551
Law Offices of Peter G. Angelos
A Professional Corporation
5905 Harford Road

Baltimore, Maryland 21214
(410) 426-3200

**ATTORNEY FOR PLAINTIFF**

DATE: _____