IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: PERSONAL INJURY ASBESTOS LITIGATION (VI) | * | |
| | * | MDL Docket No. 875 |
| * * * * * * * * | * * * * * | |
| GORDON O'MAY, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 93-3427 (MD) (1) |
| AC and S, INC., et al.,, | * | |
| Defendants | * | |
| * * * * * * * * | * * * * * | |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Andrew J. Sloniewsky as counsel for Defendant, Metropolitan Life Insurance Company in this action.

>  */s/ Andrew J. Sloniewsky*
> Andrew J. Sloniewsky
> Maryland Fed. Bar No. 14344
> STEPTOE & JOHNSON LLP
> 1330 Connecticut Ave., N.W.
> Washington, D.C. 20036
> (202) 429-3000 phone
> (202) 429-3902 fax
> Attorney for Defendant, METROPOLITAN LIFE INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 20th day of January, 2005, a copy of the foregoing Notice of Entry of Appearance was electronically filed and served on all counsel of record.

*/s/ Andrew J. Sloniewsky*
Andrew J. Sloniewsky