IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WILLIAM O'MAY** | * | Case No.: 93-3427 (MD) (1) |
| | * | Case No.: MDL-875 (PAE) |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| AC & S, INC., *et al* | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

1. On Motion of Gordon O'May for substitution in place of William O'May, deceased, it appearing to the Court that the said William O' May died intestate on October 15, 2002; that the claim asserted by him in this action was not thereby extinguished; and that Gordon O'May has been duly appointed Personal Representative of the Estate of William O'May and is qualified and is acting as such.

**IT IS ORDERED**, that Gordon O'May, Personal Representative of the Estate of William O'May, be substituted as Plaintiff herein in place of William O'May, without any prejudice to any proceedings had in this action, and that the title of the action be amended accordingly.

_____
JUDGE
James T. Giles

DATE: 1/18/2006

**SCANNED**